UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1648 JVS (SHx) | Date | October 29, 2010 |
| Title | Federal Home Loan Mortgage Corporation v. Tran | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers)**   Order to Show Cause re Jurisdiction

Defendant Minh Hoang Tran ("Tran") removed this action from the Superior Court of the State of California for the County of Orange under 12 U.S.C. § 1452(f). However, the statute of confers the power to remove only on the Federal Home Loan Mortgage Corporation:

> any civil or other action, case or controversy in a court of a State, or in any court other than a district court of the United States, to which the Corporation is a party may at any time before the trial thereof be removed <u>by the Corporation</u>, without the giving of any bond or security, to the district court of the United States for the district and division embracing the place where the same is pending, or, if there is no such district court, to the district court of the United States for the district in which the principal office of the Corporation is located, by following any procedure for removal of causes in effect at the time of such removal.

12 U.S.C. § 1452(f); emphasis supplied.

Tran separately asserts federal jurisdiction under 28 U.S.C. § 1331, but there is no federal claim apparent on the face of the underlying unlawful detainer complaint. See <u>Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust</u>, 643 U.S. 1, 10 (1983); <u>Metro Ford Truck Sales, Inc. v. Ford Motor Co.</u>, 145 F.3d 320, 326-27 (5th Cir. 1998).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-1648 JVS (SHx)                    Date  October 29, 2010

Title  Federal Home Loan Mortgage Corporation v. Tran

       Tran is ordered to show cause in writing within ten days why the case should not be remanded to state court.

       A failure to respond will likely result in remand on the case.

                                                             :     00

                                Initials of Preparer     kjt