UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1648 JVS (SHx) | Date | March 18, 2011 |
| Title | Federal Home Loan Mortgage Corporation v. Tran | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order to Show Cause re Failure to File Joint Scheduling Conference Report

     A Scheduling Conference in this matter has been set for March 21, 2011. The Scheduling Conference is ordered off calendar. The Local Rule requires a single, joint report, but the Court only has the plaintiff's unilateral report. L.R. 26-1.

     Defendant Minh Hoang Tran is ordered to show cause at 10:30 a.m. April 4, 2011 why the Court should not strike the answer for failure to comply with the local rules or otherwise sanction the parties and/or counsel. A written response is due March 28, 2011. In lieu of a response, the parties may file a joint report which conforms with the Local Rules and the Order setting the Scheduling Conference by the same date. The parties shall include Exhibit A properly completed.

     The Court will conduct a hearing on this order to show cause at 10:30 a.m. April 4, 2011. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |